# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID GARCIA-BALBOA, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-057 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-00547-001 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

### ORDER

Petitioner, David Garcia-Balboa, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by June 19, 2000.

DONE at Brownsville, Texas, this 5th day of May, 2000.

John Wm. Black
United States Magistrate Judge