10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
OCT 3 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAVID GARCIA-BALBOA, Plaintiff, | § § § | CIVIL ACTION NO. B-00-057 |
| VS. | § § | CRIMINAL NO. B-98-547-01 |
| UNITED STATES OF AMERICA, Defendant. | § § § | |

## ORDER

Before this Court is plaintiff David Garcia-Balboa's request for certificate of appealability (Docket No. 9). This Court has reviewed and dismissed plaintiff's petition to set aside his sentence pursuant to 28 U.S.C. § 2255, because plaintiff had no claim to habeas relief.

Accordingly, it is ORDERED, ADJUDGED and DECREED that plaintiff's request for certificate of appealability should be and is hereby DENIED.

Done this __30th__ day of __October__, 2000.

Filemon B. Vela
United States District Court Judge