IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-41297
USDC No. B-00-CV-57
USDC No. B-98-CR-547-1

U.S. COURT OF APPEALS
FILED
FEB -5 2001
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

DAVID GARCIA-BALBOA,

    Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
FEB 0 8 2001
Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

    David Garcia-Balboa, federal prisoner #69658-079, seeks a certificate of appealability to appeal from the denial of his motion for relief under 28 U.S.C. § 2255. Garcia contends that a 16-level adjustment to his offense level for the previous commission of an aggravated felony violated *Apprendi v. New Jersey*, 120 S. Ct. 2348 (2000), and that 8 U.S.C. § 1326 is unconstitutional under *Apprendi*. Garcia contends that his rights to due process and equal protection were violated when he was denied his right under the Vienna Convention to speak to Mexican consular officials and that counsel was ineffective for failing to seek dismissal of his indictment based on the Vienna Convention violation. Had he known of his Vienna Convention

O R D E R
No. 00-41297
- 2 -

rights, according to Garcia, he would have sought a voluntary departure to Mexico rather than face deportation.

Garcia raised his *Apprendi* contention for the first time in his COA motion in the district court. We lack jurisdiction to consider Garcia's contention. *Whitehead v. Johnson*, 157 F.3d 384, 387-88 (5th Cir. 1998). Regarding Garcia's Vienna Convention and ineffective-assistance contentions, a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Garcia has failed to make such a showing; accordingly, his COA motion is DENIED.

/s/ E. Grady Jolly

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
          Deputy

New Orleans, Louisiana  2-5-01

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

February 5, 2001

United States District Court
Southern District of Texas
RECEIVED

FEB 0 8 2001

Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 00-41297 USA v. Garcia-Balboa
      USDC No. B-00-CV-57
                B-98-CR-547-1

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 4 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
     Mary Ann Lopiparo, Deputy Clerk

cc: w/encl:
    Mr James Lee Turner
    Mr David Garcia-Balboa

MDT-1

ClibPDF - www.fastio.com